(<em>Supreme Court of Illinois.</em>)

**A. Pearson**

vs.

**G. L. Jones.**

(1874.)

</div>

APPEAL AND ERROR—INSUFFICIENCY OF BOND—GUARDIAN OF MINOR HEIRS. It is not necessary for the minor heirs to sign the appeal bond where the guardian prays an appeal.

Appeal from Randolph County, No. 82.

McAllister, J. :—

This is a motion to dismiss the appeal on the ground, as is alleged, that all the parties praying the appeal did not join in executing the bond. This was a suit against the estate of

one Darwin and the minor heirs sued by him. The general guardian prayed an appeal, and he executed the bond. There would be no sense at all in having the minors joined on the bond, and the motion is overruled.